ACCEPTED
03-15-00362-CV
6905577
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/14/2015 11:12:44 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00362-CV

## TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/14/2015 11:12:44 AM
JEFFREY D. KYLE
Clerk

**COLETTE CUSTER**
**Appellant**
**v.**

## WELLS FARGO BANK, N.A.
**Appellee.**

## NOTICE OF ATTORNEY NONREPRESENTATION

## TO THE HONORABLE COURT OF APPEALS:

James Minerve, pursuant to Tex.R.App.P. 6.4, notices this court that he is not representing Colette Custer on appeal.

The court should communicate directly with Ms. Custer, 20433 Rita Blanca Circle, Pflugerville, Texas 78660.

The last known address for Ms. Custer is 20433 Rita Blanca Circle, Pflugerville, Texas 78660, and her telephone number is 512-961-9149

Respectfully submitted,

James Minerve
State Bar No. 24008692
115 Saddle Blanket Trail
Buda, Texas 78610
(210) 336-5867
(888) 230-6397 (Fax)

Agreed to by:

_(signature)_

Colette Custer
c/o 13276 Research Blvd. Ste. 204
Austin, Texas 78750

## CERTIFICATE OF CONFERENCE

On September 14, 2015, I noticed the office of Suzanne Suarez by telephone

that I would not be representing Ms. Custer on appeal.

_(signature)_

## CERTIFICATE OF SERVICE

On September 14, 2015, a copy of the attached notice of nonrepresentational
was sent by U. S. Postal Service by regular and certified mail to:

Suzanne Suarez
P. O. Box 2869
Addison, Texas 75001

_(signature)_